ORIGINAL

Priority ✗
Send
Enter
Closed
JS-6 ✗
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRETT RANDOFF TORIANO, *et al.*,<br><br>Defendant. | CV 06-2725 TJH (CTx)<br><br>**Second Amended Order, Judgment and Permanent Injunction** |

The Court has considered the Plaintiff's application for default judgment, together with the moving papers.

**It is Ordered** that the application be, and hereby is, Granted.

**It is further Ordered, Adjudged and Decreed** that judgment be, and hereby is, **Entered** in favor of Plaintiff and against Defendant.

• • • • • •

1  **It is further Ordered, Adjudged and Decreed** that UCC Financing Statement Document Number 05-7053517407 and UCC Financing Statement Document Number 06-7083569236 filed by Defendant with the California Secretary of State Real Estate Records against Plaintiff be, and hereby is, null, void, and without legal effect.

**It is further Ordered, Adjudged and Decreed** that Plaintiff may file a copy of this judgment with the California Secretary of State and in the public records of any other jurisdiction in which Defendant may have filed documents identical to UCC Financing Statement Document Number 05-7053517407 and and UCC Financing Statement Document Number 06-7083569236.

**It is further Ordered, Adjudged and Decreed** that Defendant is permanently enjoined from filing further UCC Financing Statements or any other document or instrument which purports to create any lien or encumbrance against the real and personal property owned or leased by Plaintiff.

**It is further Ordered, Adjudged and Decreed** that Plaintiff shall take nothing and each party shall bear its own costs.

Date:   March 19, 2007

_____
Terry J. Hatter, Jr.
Senior United States District Judge