# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>BRETT RANDOFF TARIANO, *et al.*,<br><br>   Defendants. | CV 06-02725 TJH (TCx)<br><br>Order<br>(#89) |

The Court has considered Defendant's motion for reconsideration, together with the moving papers.

It is Ordered that the motion to set aside the default judgment be, and hereby is, Denied.

Date:   February 6, 2009

_____
Terry J. Hatter, Jr.
Senior United States District Judge